FILED
DEC 19 2016
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Task Force Officer Richard Stocks, of the United States Department of Justice, Drug Enforcement Administration, being duly sworn depose and state the following:

2:16Mj522

### Experience and Training

1. I am an investigative or law enforcement officer of the United States of America within the meaning of Section 2510(7) of Title 18, United States Code (USC), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been employed as a Norfolk Police Officer since September 2002. I have been assigned to the Norfolk Police Department's Vice and Narcotics Division since February of 2007. From September of 2010 to May of 2015, I was assigned as a Task Force Officer to the FBI office in Norfolk. I am currently assigned as a Task Force Officer to the DEA High Intensity Drug Trafficking Area (HIDTA) task force in Norfolk. While assigned to the Norfolk Police Department Recruit Academy, I received eight hours of entry level law enforcement training regarding packaging, characteristics and manner of distribution of illegal narcotics. While assigned to the Second Patrol Division and Bicycle Patrol, I affected numerous arrests regarding narcotics violations, and became familiar with the packaging, characteristics and manner of distribution of illegal street level narcotics. I was also involved in numerous surveillance operations regarding the buying and selling of narcotics, and I was responsible for authoring and executing numerous search warrants during that time. I have attended narcotics and interdiction training programs and also participated in the Top Gun School put on by the Commonwealth Attorney's Council. I have also obtained a Title 18 Special Deputation of Justice through the United States Marshals Service.

3. I am familiar with the facts and circumstances of this investigation as a result of information received by me and summarized in reports I have reviewed. I have compiled information derived from discussions with experienced law enforcement officers. This affidavit contains a probable cause statement to

support the issuance of an arrest warrant for the violation alleged and does not contain all the information known to me regarding the defendant. Based upon my experience and training, this affidavit is being made in support of a criminal complaint charging CARLOS ARZATE QUINTERO with possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule III narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

## Background

4. Within the past few weeks, I received information from a Confidential Source (hereinafter referred to as "CS-1") in reference to an unknown Hispanic male (hereinafter referred to as "UM-1") using cellular telephone number 404-***-3818 who was interested in distributing methamphetamine to CS-1 in the Eastern District of Virginia. UM-1 offered to transport the methamphetamine from Atlanta, Georgia to Virginia, and quoted a price of $13,000 per kilogram.

5. On December 17, 2016, CS-1 received a phone call from another Hispanic male, later identified as CARLOS ARZATE QUINTERO, using cell phone number 404-***-5818, who stated that he was in Virginia and wanted to meet with CS-1 to conduct the transaction. CS-1 told QUINTERO that he/she would be able to purchase the methamphetamine the following day, December 18, 2016. QUINTERO told CS-1 that he would be traveling in a white Mini Cooper with Georgia tags CEQ-9014 and they agreed to meet at a Wawa on East Princess Anne Road in Norfolk.

6. On December 18, 2016, the investigative team set up surveillance at the Wawa on East Princess Anne Road, and met with CS-1 at a pre-determined staging location. CS-1 and his/her vehicle were searched for contraband and/or unreported currency, with negative results. CS-1 was then equipped with digital recording/monitoring devices, briefed as to safety concerns, and directed to go straight to the proposed meeting spot. Surveillance followed CS-1 to the meeting spot, maintaining a visual on him/her. Once CS-1 arrived, surveillance observed the previously described white Mini Cooper with Georgia tags pull up next to



CS-1's vehicle in the Wawa parking lot. The driver of the white Mini Cooper was a Hispanic female, CARLOS ARZATE QUINTERO was in the passenger seat, and a third individual, a juvenile, was in the back seat. Surveillance then observed the front passenger (QUINTERO) wearing grey pants, grey shirt, and a grey baseball hat, exit the vehicle and make contact with CS-1. After a brief conversation, CARLOS ARZATE QUINTERO retrieved a black duffle bag from inside the white Mini Cooper and got inside the front passenger seat of CS-1's vehicle and stayed for a few seconds. He then got back into the white Mini Cooper with the black duffle bag. Using the audio recording device, CS-1 relayed to the investigative team that the black duffel bag contained approximately two (2) kilograms of suspected methamphetamine.

7. Surveillance maintained a visual on CS-1 throughout the duration of the meeting. While traveling back to the neutral staging location, the CS made no stops and had no contact with any other individuals. Once CS-1 arrived, the digital recording devices were deactivated and CS-1's vehicle and person were once again searched for contraband or unreported cash with negative results.

8. Based on these circumstances, a traffic stop was conducted on the white Mini Cooper and CARLOS ARZATE QUINTERO was detained and read his Miranda Rights. He waived his rights, and agreed to speak with investigators. CARLOS ARZATE QUINTERO granted investigators permission to search the black duffle bag inside the vehicle. A Norfolk Police Department (NPD) drug dog also conducted a non-intrusive free air sniff of the white Mini Cooper, and alerted for the presence of illegal narcotics. A search of the black duffle bag yielded approximately two kilograms of methamphetamine, which appeared to be in crystal form. CARLOS ARZATE QUINTERO stated that the methamphetamine belonged to him and that he brought it from Atlanta, Georgia to Virginia to sell. When questioned about his immigration status, QUINTERO stated that he was in the United States illegally. During the detention of CARLOS ARZATE QUINTERO a cell phone bearing phone number 404-***5818 was recovered from his hand. This was the same number that was used to set up the sale and meeting location for the sale of the methamphetamine. I maintained custody of the suspected narcotics and later conducted a field test, yielding a positive result for methamphetamine.



9. Also detained during the traffic stop were the female driver and male juvenile who was in the back seat of the Mini Cooper. The female driver was read her Miranda Rights which she waived and agreed to speak with investigators. She stated that CARLOS ARZATE QUINTERO asked her and the male juvenile to give him a ride to Virginia to visit his uncle and work for a few days. The female stated that she knew that CARLOS ARZATE QUINTERO sold drugs, but did not know they were traveling to Virginia to sell drugs, only to work and visit CARLOS ARZATE QUINTERO's uncle. Investigators called the juvenile's father, who agreed to let the female take him back to Atlanta, Georgia. Both were released.

10. Based on the above facts, I believe probable cause exists to charge CARLOS ARZATE QUINTERO with possession with the intent to distribute five-hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule III narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), and ask that a warrant be issued for his arrest.

Further, your affiant sayeth naught.

Task Force Officer Richard Stocks
Drug Enforcement Administration

READ AND REVIEWED:

Sherrie S. Capotosto
Assistant United States Attorney

Sworn and subscribed to before me this 19th day of December, 2016

UNITED STATES MAGISTRATE JUDGE

At Norfolk, Virginia.